IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA

RECEIVED

Ash-Shakur Shabazz
Full name and prison number
of plaintiff(s)

2007 JUN 21 A 9:15

DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

v.

Sheriff Mark Glover
Sgt. Bavald Reynolds
Sgt. Kim Turner
Sgt. Cindy Buckman
Sgt. Marsh         ET-Al
Name of person(s) who violated
your constitutional rights.
(List the names of all the
persons.)

CIVIL ACTION NO. 1:07cv550-WKW
(To be supplied by the clerk
of U.S. District Court)

I.  PREVIOUS LAWSUITS
    A.  Have you begun other lawsuits in state or federal
        court dealing with the same or similar facts involved
        in this action?  YES( )  NO(X)

    B.  Have you begun other lawsuits in state or federal
        court relating to your imprisonment?  YES( )  NO(X)

    C.  If your answer to A or B is yes, describe each lawsuit
        in the space below. (If there is more than one lawsuit,
        describe the additional lawsuits on another piece of
        paper, using the same outline.)

        1.  Parties to this previous lawsuit:

            Plaintiff(s) _____ N/A _____

            Defendant(s) _____ N/A _____

        2.  Court (if federal court, name the district; if
            state court, name the county) N/A

4

3. Docket number _N/A_

4. Name of judge to whom case was assigned _N/A_

5. Disposition(for example: Was the case dismissed? Was it appealed? Is it still pending?) _N/A_

6. Approximate date of filing lawsuit _____

7. Approximate date of disposition _____

II. PLACE OF PRESENT CONFINEMENT _Holman Correctional Facility 3700 · Atmore, Al. 36503_

PLACE OF INSTITUTION WHERE INCIDENT OCCURRED _Houston County Sheriff's department._

III. NAME AND ADDRESS OF INDIVIDUAL(S) YOU ALLEGE VIOLATED YOUR CONSTITUTIONAL RIGHTS.

| NAME | ADDRESS |
|---|---|
| 1. Sheriff Mark Glover | 901 E. Main St. Dothan A 36302 |
| 2. Sgt Beverly Rennolds | " |
| 3. Sgt Kim Turner | " |
| 4. Sgt Cindy Buckmon | " |
| 5. Sgt Marsh | " |
| 6. ET-Al | |

IV. THE DATE UPON WHICH SAID VIOLATION OCCURRED _April 15, 2005_

V. STATE BRIEFLY THE GROUNDS ON WHICH YOU BASE YOUR ALLEGATION THAT YOUR CONSTITUTIONAL RIGHTS ARE BEING VIOLATED:

GROUND ONE: _Plaintiff States that his 8th Amend. of the Constitution was Violated by Cruel_

5

STATE BRIEFLY THE FACTS WHICH SUPPORT THIS GROUND. (State as best you can the time, place and manner and person involved.)

An Unusual Punishment when the Houston County Sheriffs dept. denied him his Medication and Secured him in An isolated Cell Urinating blood, and denied him Medical treatment for an Operation on his Kidneys

GROUND TWO: Plaintiff Avers that his 14th Amendment was also Violated by way of equal Protection.

SUPPORTING FACTS: Plaintiff was Arrested on 15th April 2005. Plaintiff Advised the Medical Staff of the Houston Co. Sheriffs dept. of his Medical Condition, Also that he was Urinating blood and was in need of his Medication, which was Refused.

GROUND THREE: _____

SUPPORTING FACTS: _____

6

VI. STATE BRIEFLY EXACTLY WHAT YOU WANT THE COURT TO DO FOR YOU. MAKE NO LEGAL ARGUMENT. CITE NO CASES OR STATUTES.

Mr. Shabazz is Asking for Appointment of Counsel to represent him in trial. Also Mr. Shabazz is Seeking Monetary damages

_____
Signature of plaintiff(s)

I declare under penalty of perjury that the foregoing is true and correct.

EXECUTED on     6/18/07     .
                 (Date)

_____
Signature of plaintiff(s)

_____
NOTARY PUBLIC

My Commission Expires July 17, 2008

7

Continuation of Paragraph VI. Relief Sought.

damages for his life time physical deformity of one million dollars on the Houston County Sheriff's department.

Mr. Shabazz is seeking monetary damages for officers punitive punishment towards him. of three hundred and fifty thousand per officer in their individual Capacity.

Also Plaintiff is seeking Monetary damages for the Mental Anguish in which he has endured. of three hundred and fifty thousand per officer in their individual Capacity, and lastly.

Mr. Shabazz is requesting the ranks of each officer named in this Civil Action Complaint ranks to be reduce for the Malicious abuse which was performed.

Supporting Facts: Continue:

Plaintiff Had his Friend Michele Downie to go to the Sheriff Mark Glover and the medical department, complaining about the lack of medical treatment given to him. She, Michele Downie visited the Houston County Jail and telephone them on numerous occasions, trying to get the medical department to treat Ash-Shakur Shabazz of the pain he was in and to give him his proper medication.

Ash-Shakur Shabazz, continue to write to the medical department and complain about the severe pain he was in and that he was urinating blood profusively.

Upon complaining to Nurse Lori, he was throw in lock-up for several days.

After getting out of lock-up, Ash-Shakur Shabazz was urinating blood worse than ever and he was passing particules in his urine where his kidney was deteriating, and passing through his urine.

After continue complaints, he was taken to Flower Hospital, approxietaly three (3) month

Supporting Facts: Continue:

After his arrest. Following the completion of the operation. He was transferred back to Houston County Jail two (2) days later, with medication for pain and infection. Still he was denied the proper pain medication that was ordered and prescribed by his doctor.

Ash-Shakur Shabazz #244618 (D1-42A)
3700 Holman Unit
Almore, Alabama
36503

Middle District of Alabama
United States Courthouse
Clerk of Court
Ms. Debra P. Hackett (clerk)
P.O. Box 711
Montgomery, Alabama
36101