IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| ASH-SHAKUR SHABAZZ, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CASE NO. 1:07-cv-550-WKW |
| | ) |
| MARK GLOVER, *et al.*, | ) |
| | ) |
| Defendants. | ) |

**ORDER**

On June 22, 2007, the magistrate judge filed a Recommendation (Doc. # 3) that the plaintiff's motion for leave to proceed *in forma pauperis* be denied and his claims be dismissed pursuant to 28 U.S.C. § 1915(g). Plaintiff has previously filed three civil actions that were dismissed as frivolous, malicious, for failure to state a claim, or for asserting claims against defendants who were immune from suit. Upon an independent review of the file in this case, upon consideration of the Recommendation of the magistrate judge, and there being no timely objections filed, it is hereby ORDERED that:

1. The Recommendation (Doc. # 3) of the magistrate judge is ADOPTED;

2. Plaintiff's motion for leave to proceed *in forma pauperis* (Doc. # 2) is DENIED; and

3. Plaintiff's Complaint (Doc. # 1) is DISMISSED without prejudice.

An appropriate judgment will be entered.

DONE this 16th day of July, 2007.

/s/ W. Keith Watkins
UNITED STATES DISTRICT JUDGE